IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KIN WAH KUNG,<br><br>    Plaintiff,<br><br>    v.<br><br>DEMOCRATIC NATIONAL COMMITTEE, OHIO DEMOCRATIC PARTY, BIDEN FOR PRESIDENT, INC., TIM RYAN FOR OHIO, INC., TIMOTHY JOHN RYAN, DOES 1 THROUGH 100,<br><br>    Defendants. | Case No. 4:22-cv-01532-BYP<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

The parties to this action, Plaintiff Kin Wah Kung and Defendants Democratic National Committee, Ohio Democratic Party, Biden for President, Inc., Tim Ryan for Ohio, Inc., and Timothy John Ryan, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the Dismissal with Prejudice of the instant action, with each Party bearing their own costs.

    Respectfully submitted,

Kin Wah Kung
*Pro Se*

/s/ Scott M. Hubay
Scott M. Hubay (0092251)
Hubay Dougherty
2125 West 41st St
Cleveland, 44113
(216) 282-6732
scott@hubaydougherty.com
*Attorney for the Ohio Democratic Party*

1

/s/ *Donald J. McTigue*
Donald J. McTigue* (0022849)
**Counsel of Record*
J. Corey Colombo (0072398)
McTigue & Colombo, LLC
545 East Town Street
Columbus, OH 43215
(614) 263-7000
dmctigue@electionlawgroup.com
ccolombo@electionlawgroup.com

*Attorneys for Democratic National Committee, Biden for President, Inc., Tim Ryan for Ohio, Inc., and Timothy John Ryan*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of December, 2022, I electronically filed the foregoing Stipulation of Voluntary Dismissal with Prejudice with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Donald J. McTigue*
Donald J. McTigue* (0022849)
**Counsel of Record*
J. Corey Colombo (0072398)
McTigue & Colombo, LLC
545 East Town Street
Columbus, OH 43215
(614) 263-7000
dmctigue@electionlawgroup.com
ccolombo@electionlawgroup.com

*Attorneys for Democratic National Committee, Biden for President, Inc., Tim Ryan for Ohio, Inc., and Timothy John Ryan*
